Manning Law, APC
Joseph R. Manning, Jr. (SBN 223381)
Michael J. Manning, Esq. (SBN 286879)
Craig Cote, Esq. (SBN 132885)
Tristan P. Jankowski (SBN 290301)
20062 S.W. Birch St, Suite 200, Newport Beach, CA 92660
Office: (949) 200-8755
adapracticegroup@manninglawoffice.com

Attorneys for Plaintiff JAMES RUTHERFORD, an individual,

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br><br>QAQI BROTHERS, INC., a California corporation; ABESUD HALUM, an unmarried man; and DOES 1 10, inclusive,<br><br><br><br><br><br>Defendants. | CASE No. 5:19-cv-00162-MWF-SP<br><br>**PROOF OF SERVICE – FIRST AMENDED COMPLAINT, SUMMONS, NOTICE TO PARTIES: ADA DISABILITY ACCESS LITIGATION** |

JOSEPH R. MANNING, JR., ESQ.,
4667 MACARTHUR BLVD., STE. 150
NEWPORT BEACH, CA 92660

# PROOF OF SERVICE
## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the cause. My business address is 4667 MacArthur Blvd., Suite 150, Newport Beach, CA 92660.

On 3/26/19 I served the true copies of the foregoing document described as:

**NOTICE TO PARTIES: ADA DISABILITY ACCESS LITIGATION, FIRST AMENDED COMPLAINT, SUMMONS**

on the interested parties in this action, addressed as follows, **Served by Mail via Postal Service:**

ABESUD HALUM, an unmarried man
49849 Harrison St.
Coachella, CA 92236

[X] By United States Postal Service:  The documents were mailed as set forth above by U.S. Mail and placed in sealed, addressed envelopes on the above date and deposited into a U.S. Postal Service Mail box on the date set forth above, with postage thereon fully prepaid at Newport Beach, California.

[] BY Electronic Mail.  I caused each such document to be transmitted electronically to the parties at the e-mail address indicated.  To the best of my knowledge, the transmission was reported as complete and no error was reported that it was not completed.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this affidavit was executed on March 26, 2019.

Kat Garzon